UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-81410-MATTHEWMAN

CHAD FOREMAN, on his own
behalf and on behalf of others
similarly situated,

    Plaintiff,

v.

SUPERB CABLE CONNECTIONS, LLC.
and ROSHAUN CUNNINGHAM,

    Defendants.
_____/

## ORDER GRANTING THE PARTIES' JOINT MOTION TO APPROVE SETTLEMENT AND DISMISS ACTION WITH PREJUDICE [DE 41]

THIS CAUSE is before the Court upon Plaintiff Chad Foreman and Opt-in Plaintiff Derrick Pitt's (hereinafter collectively, "Plaintiffs") and Defendants, Superb Cable Connections, LLC and Roshaun Cunningham's (hereinafter collectively, "Defendants") (collectively, "the parties"), Joint Motion to Approve Settlement and Dismiss Action with Prejudice ("Motion") [DE 41]. In the Motion, the parties seek an Order approving their settlement and dismissing the action with prejudice. *Id.* They further request that the Court retain jurisdiction to enforce the terms of the settlement. *Id.* The parties also filed a copy of the Settlement, Mutual Release and Confidentiality Agreement [DE 41-1].

The Court held a fairness hearing via Zoom video teleconference (VTC) on December 10, 2025, during which the Court heard from the parties' counsel regarding the fairness of the settlement of Plaintiffs' claims claim alleging a violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* The parties' counsel represented that the settlement is fair and reasonable, and that Plaintiffs and Defendants are in agreement with the terms of the settlement.

1

The Court has reviewed the Motion, the Settlement, Mutual Release and Confidentiality Agreement, and the entire file in this case, has considered all of the factors outlined in *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1353 (11th Cir. 1982), and is otherwise fully advised in the premises. The Court finds that the settlement in this case represents a genuine compromise of a bona fide dispute, with all parties represented by competent counsel. Plaintiffs are being paid amounts they believe they are owed well prior to the trial date. The parties have agreed to settle due to reasonable strategic and financial considerations. The Court further finds that the settlement, including the attorney's fees and costs, reached by the parties represents a reasonable, arm's length compromise by both sides and is fair and reasonable.

Based on the foregoing, it is hereby **ORDERED** as follows:

1. The Court finds the settlement of Plaintiffs' FLSA claims to be fair and reasonable. The Court also finds that the Settlement Agreement meets the standard set forth in *Lynn's Food Stores, Inc.* Accordingly, the Motion [DE 41] is **GRANTED**.

2. The parties' settlement is **APPROVED**.

3. A separate order closing this case shall follow.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 10th day of December 2025.

WILLIAM MATTHEWMAN
Chief United States Magistrate Judge