UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-81410-MATTHEWMAN

CHAD FOREMAN, on his own
behalf and on behalf of others
similarly situated,

    Plaintiff,

v.

SUPERB CABLE CONNECTIONS, LLC.
and ROSHAUN CUNNINGHAM,

    Defendants.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Motion to Approve Settlement and Dismiss Action with Prejudice ("Motion") [DE 41] which states that the parties stipulate to this action being dismissed with prejudice. As this case concerns the Fair Labor Standards Act ("FLSA"), the Court has already approved the parties' settlement. [DE 44]. The parties also request the Court to retain jurisdiction to enforce the terms of the settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED** as follows:

1. This action is **DISMISSED WITH PREJUDICE.**

2. The Court shall retain jurisdiction for 150 days from the date of this Order to enforce the Settlement, Mutual Release and Confidentiality Agreement [DE 41-1] should such enforcement become necessary.

3. The Clerk of Court is directed to **CLOSE** this case.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 11th day of December 2025.

*William Matthewman*
WILLIAM MATTHEWMAN
Chief United States Magistrate Judge